

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:29 pm, Dec 03, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| MICHAEL SAMMUT, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:20-cv-52 |
| v. | * |
| ANDREW SAUL, Commissioner of Social Security, | * |
| Defendant. | * |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Plaintiff did not file Objections to this Report and Recommendation. In fact, several of this Court's mailings have been returned to the Court as undeliverable. Dkt. Nos. 14, 15, 16.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint, **DENIES as moot** Defendant's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal,

and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___3___ day of _December_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA